*UNITED STATES DISTRICT COURT*
**DISTRICT OF ARIZONA**

**United States of America**

**v.**

**Timothy Keay Isaac**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

**No. CR 08-00036-001-PHX-PGR**

Mitchell Joseph Maher (Retained)
Attorney for Defendant

USM#: 87901-008

**THE DEFENDANT ENTERED A PLEA OF** guilty on 6/23/2009 to Count ONE, TWO, SIX of the Indictment and Count ONE, TWO, THREE, FOUR, FIVE and SIX of the Information.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 18, U.S.C. §371, Conspiracy, a Class D Felony offense, as charged in Count ONE of the Indictment; Title 21, U.S.C. §331(a) and 333(a)(2), Introduction of Misbranded Drugs into Interstate Commerce, a Class E Felony offense, as charged in Count TWO of the Indictment; Title 21, U.S.C. §331(a) and 222(a)(2) Introduction of Misbranded Drugs into Interstate Commerce, a Class E Felony offense, as charged in Count SIX of the Indictment; Title 26, U.S.C. §7206(1), Subscribing to a False Income Tax Returns, a Class E Felony offense, as charged in Count ONE of the Information; Title 26, U.S.C. §7206(1), Subscribing to a False Income Tax Return, a Class E Felony offense, as charged in Count TWO of the Information; Title 26, U.S.C. §7206(1), Subscribing to a False Income Tax Return, a Class E Felony offense, as charged in Count THREE of the Information; Title 18, U.S.C. §152(3), False Declarations in a Bankruptcy Proceeding, a Class D Felony offense, as charged in Count FOUR of the Information; Title 18, U.S.C. §152, False Declarations in a Bankruptcy Proceeding, a Class D Felony offense, as charged in Count FIVE of the Information; Title 18, U.S.C. §641, Theft of Government Money, a Class C Felony offense, as charged in Count SIX of the Information.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **SIXTY (60) MONTHS on Count ONE, THIRTY-SIX MONTHS (36) on Counts TWO, SIX of the Indictment. A term of THIRTY-SIX MONTHS on Counts ONE, TWO, THREE of the Information, SIXTY (60) MONTHS on Counts FOUR, FIVE of the Information , and SIXTY (60) MONTHS on Count  SIX of the Information, all terms to be served concurrently.**  Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **THREE (3) YEARS**. The term consists of three years on Count One of the Indictment and Counts four, five, and six of the Information; and one year on Counts two and six of the Indictment and Counts one through three of the Information, all term s to run concurrently.  The Court recommends that the defendant be placed in an institution in Southwest of United States; District of Arizona.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

Case 2:08-cr-00036-PGR   Document 119   Filed 04/27/10   Page 2 of 4

CR 08-00036-001-PHX-PGR                                                      Page 2 of 3
USA vs. Timothy Keay Isaac

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $900.00   **FINE:** $0   **RESTITUTION:** $1,685,107.72

The defendant shall pay restitution totaling $1,685,107.72 to the following victims in the following amounts: The Internal Revenue Service, $246,988.18 as provided under 18 U.S.C. 3583(d); and Trustee Diane Mann, $1,438,119.54.

The defendant shall pay a total of $ 1,686,007.72 in criminal monetary penalties, due immediately. Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows: Balance is due in equal monthly installments of $ 1,000.00 over a period of 34 months to commence 60 days after the release from imprisonment to a term of supervised release.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $900.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Count ONE, TWO, SIX of the Indictment, and Count ONE, TWO, THREE, FOUR, FIVE and SIX of the Information.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant is placed on supervised release for a term of **THREE (3) YEARS.** The term consists of three years on Count One of the Indictment and Counts four, five, and six of the Information; and one year on Counts two and six of the Indictment and Counts one through three of the Information, all term to run concurrently.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The drug testing condition is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

It is the order of the Court that, pursuant to General Order 05-36, which incorporates the requirements of USSG §§5B1.3 and 5D1.2, you shall comply with the following conditions:
1) You shall not commit another federal, state, or local crime during the term of supervision.
2) You shall not leave the judicial district or other specified geographic area without the permission of the Court or probation officer.
3) You shall report to the Probation Office as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.
4) You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
5) You shall support your dependents and meet other family responsibilities.
6) You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

CR 08-00036-001-PHX-PGR                                                                Page 3 of 3
USA vs. Timothy Keay Isaac

7) You shall notify the probation officer at least ten days prior to any change of residence or employment.
8) You shall refrain from excessive use of alcohol and are subject to being prohibited from the use of alcohol if ordered by the Court in a special condition of supervision.
9) You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. Possession of controlled substances will result in mandatory revocation of your term of supervision.
10) You shall not frequent places where controlled substances are illegally sold, used, distributed or administered, or other places specified by the Court.
11) You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
12) You shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
13) You shall immediately notify the probation officer (within forty-eight (48) hours if during a weekend or on a holiday) of being arrested or questioned by a law enforcement officer.
14) You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
15) As directed by the probation officer, you shall notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm your compliance with such notification requirement.
16) If you have ever been convicted of a felony, you shall refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapon. If you have ever been convicted of a misdemeanor involving domestic violence, you shall refrain from possession of any firearm or ammunition. Possession of a firearm will result in mandatory revocation of your term of supervision. This prohibition does not apply to misdemeanor cases that did not entail domestic violence, unless a special condition is imposed by the Court.
17) Unless suspended by the Court, you shall submit to one substance abuse test within the first 15 days of supervision and thereafter at least two, but no more than two periodic substance abuse tests per year of supervision, pursuant to 18 U.S.C. §§ 3563(a)(5) and 3583(d);
18) If supervision follows a term of imprisonment, you shall report in person to the Probation Office in the district to which you are released within seventy-two (72) hours of release.
19) You shall pay any monetary penalties as ordered by the Court. You will notify the probation officer of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.
20) If you have ever been convicted of any qualifying federal or military offense (including any federal felony) listed under 42 U.S.C. § 14135a(d)(1) or 10 U.S.C. § 1565(d), you shall cooperate in the collection of DNA as directed by the probation officer pursuant to 42 U.S.C. § 14135a(a)(2).

The following special conditions are in addition to the conditions of supervised release or supersede any related standard condition:

1. You shall submit your person, property (including but not limited to computer, electronic devices, and storage media), residence, office, or vehicle to a search conducted by a probation officer, at a reasonable time and in a reasonable manner.

2. You shall provide the probation officer access to any requested financial information.

3. You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.

4. You shall cooperate with the Internal Revenue Service and pay all tax liabilities. You shall file timely, accurate and lawful income tax returns and provide proof to the probation officer.

Case 2:08-cr-00036-PGR   Document 119   Filed 04/27/10   Page 4 of 4

CR 08-00036-001-PHX-PGR                                                    Page 4 of 3
USA vs. Timothy Keay Isaac

5.  You are restricted from engaging in the following occupation, business, or profession: Any business involved in the manufacture or distribution of natural supplements, drugs, vitamins, or any regulated substances.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release.  The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons and recommends:
that the defendant be placed in an institution in Southwest of United States; District of Arizona
The defendant shall self-surrender for service of sentence at the institution designated by the Bureau of Prisons or United States Marshal by 12:00 p.m. on 6/25/2010.

Date of Imposition of Sentence:  **Monday, April 26, 2010**

DATED this 26th day of April, 2010.

Paul G. Rosenblatt
United States District Judge

**RETURN**

I have executed this Judgment as follows:

Defendant delivered on _____ to _____ at _____ , the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____            By: _____
United States Marshal                                                     Deputy Marshal