1

2

3

4

5

6  IN THE UNITED STATES DISTRICT COURT

7  DISTRICT OF ARIZONA

8

9

10  United States of America,

11        Plaintiff,                          CR 08-00036-001 PHX PGR

12  vs.                                       ORDER

13  Timothy K. Isaac,

14        Defendant.                          Second Request

15

16        Upon motion of defendant, with objection by the government,

17        IT IS ORDERED that defendant's Second Motion to Modify Commitment Order

18  (Doc. 130) is granted in part.

19        IT IS FURTHER ORDERED that defendant Timothy K. Isaac shall self-surrender to

20  Terminal Island FCI, the institution designated by the Bureau of Prisons, by Tuesday,

21  August 3, 2010, no later than 12:00 p.m.

22        IT IS FURTHER ORDERED that there will be no further continuances.

23        DATED this 22nd day of July, 2010.

24

25

26  Paul G. Rosenblatt
    United States District Judge

27

28